**NOTICE: The attorneys on the attached list have the opportunity to comply with outstanding requirements prior to the effective date of the Supreme Court Order and <u>not</u> be administratively suspended. The current license status of a Pennsylvania attorney can be found on the Disciplinary Board's website.**

[https://www.padisciplinaryboard.org/for-the-public/find-attorney](https://www.padisciplinaryboard.org/for-the-public/find-attorney)

### Philadelphia County
**Active**

| ID# | Attorney |
| --- | --- |
| 89853 | Ahonkhai, Imiebihoro Teresa |
| 323305 | Angus-Anderson, Wendy Elizabeth |
| 35522 | Askot, Stuart K. |
| 81211 | Barbich, Marie Sarkees |
| 326969 | Batastini, Joseph |
| 37661 | Bischoff, Jamie Barton |
| 90457 | Bloise, Diana Maria |
| 67392 | Borum, Trevan |
| 318041 | Brett, Colin E. |
| 93242 | Brody, Tyler |
| 89819 | Brooks, Marni J. |
| 324587 | Brophy, Anne K. |
| 321444 | Brother, Melanie Las |
| 21705 | Brown, Medford J. III |
| 37332 | Burdumy, Stephen Thomas |
| 30069 | Cameron, Edward J. |
| 95105 | Capobianco, Christina Lynn |
| 81848 | Cataldi, Richard A. |
| 42261 | Cawley, Michael J. |
| 315959 | Chapman, Julia |
| 315744 | Chiaramonte, Neha Yadav |
| 316768 | Chivinski, Justin Faust |
| 80943 | Conlin, Kelly A. |
| 47347 | Conway, Gwendolyn A. |
| 78236 | Corcoran, Matthew F. |
| 320264 | Daulerio, Hugh |
| 320815 | deMedeiros, Alison Gene |
| 202108 | Dixon, Daniel Michael |
| 29561 | Dochney, Francis X. |
| 49231 | Doherty, Dawn Courtney |
| 12386 | Dolfman, Murray B. |
| 309114 | Dorliae, Kou |
| 311879 | Elder, William Robert Jr. |
| 206663 | Engel, Kimberly Michelle |
| 88113 | Esterbrook, Scott |
| 67515 | Fabiani, Christa Ann |
| 307206 | Feden, Kristen Marguerite Gibbons |

# Attorneys Certified for Administrative Suspension

## Philadelphia County

### Active

| ID# | Attorney |
| --- | --- |
| 36736 | Felix, Elit R. II |
| 204303 | Foley, Catherine Anne |
| 27081 | Franqui, Angel Luis Jr. |
| 79023 | Gabor, Heather L. |
| 26712 | Gaines, Carolyn L. |
| 30561 | Galante, Linda Ann |
| 41362 | Gallagher, Mark T. |
| 319590 | Giardina, Thomas John |
| 16038 | Goldberg, Michael D. |
| 37249 | Goldman, Jerry S. |
| 202414 | Green, Joseph II |
| 52372 | Hall, Clayton |
| 314466 | Hallmark, Allie Jordan |
| 71550 | Hamill, Joseph J. Jr. |
| 49987 | Harty, Thomas S. |
| 29197 | Heideck, Robert Earl |
| 317787 | Hodgson III, C Clark |
| 41454 | Hom, Anna |
| 83693 | Hornik, Avram Daniel |
| 94860 | Horwitz, Megan Kendall |
| 203633 | Hurdle, Nakea S. |
| 200334 | Igwe, Emeka |
| 27690 | Ingram, Gerald B. |
| 2944 | Katevatis, Peter |
| 71741 | Keen, Victor Ford |
| 314451 | Keith, Andrew Alan |
| 202618 | Kim, Richard |
| 46933 | Koppelman, Nancy Faye |
| 203549 | Koptiw, Michael Allen |
| 87858 | Labella, Gabriella |
| 73604 | Lafferty, Steven M. |
| 29392 | Laureda, Juan J. |
| 209720 | Leff, Alan Michael |
| 312616 | Leite-Young, Robert Captain |
| 81410 | Leone, David S. |
| 50701 | Levine, Ari D. |
| 207840 | Londar, Lilia |

## Philadelphia County

### Active

| ID# | Attorney |
| --- | --- |
| 68347 | Manigault, Elmyra |
| 46442 | Mannix, Christopher D. |
| 25055 | Mariani, Ralph A. |
| 84822 | Markowitz, Tammi |
| 328454 | Massaquoi, Magdaleine Grace |
| 319691 | McCaffrey, Ryan Austin |
| 324814 | McClendon, Daniel Kirkland |
| 327100 | McDevitt, Krisia Ashley |
| 71028 | Meade, Alston B. Jr. |
| 326491 | Mendez, Raul III |
| 209489 | Micaily, Arash |
| 84861 | Mildenberg, Brian R. |
| 325434 | Miller, David |
| 209527 | Montgomery, Joseph William II |
| 326921 | Moore, Rory |
| 35296 | Morris, Edward J. |
| 82759 | Mulroney, Moira Byrne |
| 320599 | Neiman, Erik Steven |
| 68610 | Perry, Marc H. |
| 328109 | Pierson, Shauna Joelle |
| 327596 | Platt, Kyle Ian |
| 328530 | Prucino, Kevin Joseph |
| 79170 | Salgado, Ralph F. |
| 63190 | Salvacion, Mark Ignatius |
| 88925 | Salvatore, David |
| 28384 | Sarowitz, Lawrence S. |
| 9910 | Sebastianelli, Joseph T. |
| 25154 | Sere, George Morris |
| 8813 | Sereni, A. Leo |
| 19958 | Servin, Jeffrey Dean |
| 93519 | Shapiro, Yana |
| 48888 | Sheils, Denis Francis |
| 318322 | Sidari, Amanda Marie |
| 309485 | Skipton, Edward |
| 202835 | Solomon, Jared Garth |
| 4259 | Solomon, Lawrence |
| 202590 | Speciale, Benjamin Barnes |

## Philadelphia County

### Active

| ID# | Attorney |
| --- | --- |
| 311897 | Speziali, Dominic Andrew |
| 66717 | Stack, Michael J. III |
| 200857 | Stern, Jennifer Agnes |
| 322741 | Swist, Joseph Zachary |
| 203108 | Taylor, Matthew Brent |
| 89967 | Thauer, Susan Bradford |
| 319738 | Torrey, Haley |
| 205448 | Van Scoy, Kathryn Ellen |
| 47017 | Vuocolo, Diane E. |
| 56925 | Whitcomb, Lisa M. |
| 19651 | Wilbraham, Edward Joseph |
| 36650 | Wiley, James F. III |
| 324520 | Williams, Jasmine Marie |
| 315042 | Wilson, James Averett |
| 202947 | Winning, Stephen Michael |
| 312563 | Wyche, Selah Tenet Nancy |
| 312161 | Younis, Ramsey Mumtaz |

# Attorneys Certified for Administrative Suspension

08/12/2020

## Philadelphia County

### Inactive

| ID# | Attorney |
|-----|----------|
| 93901 | Barras, Jacklynn Ann |
| 202520 | Brown, DeWitt Clinton IV |
| 88404 | Hornberger, Steven D. |
| 325611 | Jacob, Jaini |
| 30008 | Kennedy, Eileen |
| 205433 | Krause, Arielle Spells |
| 319894 | Landis, Patrick Joseph |
| 49226 | Rearden, Jacqueline Pat |
| 204326 | Rodier, Danielle Nicole |
| 4185 | Rome, Joel E. |
| 86449 | Uhniat, Colleen Ann |
| 42783 | Vonier, Scott Douglas |
| 9809 | Weinberg, Herman P. |
| 25161 | Weiner, Howard L. |
| 91343 | Zerbe, Alana Ann |

**Philadelphia County**
**In-House Corporate Counsel**

| ID# | Attorney |
|---|---|
| 323313 | Ford, Khalif |
| 324024 | Hamdy, Osama Emad |
| 322238 | Hilton-Kingdon, Peter Woodbury |
| 326569 | Morrell, Aidan McGuire |
| 319647 | Sprague, Nicholas |

**Lancaster County**

**Active**

| ID# | Attorney |
| --- | --- |
| 6938 | Chillas, William E. |
| 81902 | Cooper, Julie M. |
| 50266 | Coughlin, Sharla Robinson |
| 63650 | Hess, Michael Donald |
| 55919 | Muzic, Joseph G. |
| 313243 | Stout, Raymond Ellsworth III |
| 68468 | Stoycos, William Ross |
| 7013 | Underhill, Christopher S. |
| 205195 | Wachinski, Nicholas John |

# Disciplinary Board of the Supreme Court of Pennsylvania
# Attorneys Certified for Administrative Suspension

## Lancaster County

### Inactive

| ID# | Attorney |
|-----|----------|
| 75767 | Evarts, Robert Alan |
| 63243 | Tafelski, Michael D. |

# Attorneys Certified for Administrative Suspension

## Northampton County

### Active

| ID# | Attorney |
| --- | --- |
| 321345 | Bruno, Alyssa Marie |
| 28863 | Edridge, Richard M. |
| 91481 | Gallagher, John F. |
| 322055 | Medina, Jose Miguel |
| 201426 | Ondilla, Michael Andrew |
| 47268 | Pfeiffer, James Lewis |

# Attorneys Certified for Administrative Suspension

## Allegheny County

### Active

| ID# | Attorney |
| --- | --- |
| 376 | Arch, John G. |
| 77021 | Baldwin, James Ackron |
| 1146 | Beard, Philip E. |
| 307901 | Bey, Orne Sr. |
| 318084 | Biearman, Stephanie Jean |
| 83984 | Blake, Jason James |
| 375 | Bonistalli, Joseph J. |
| 312473 | Boucaud, Safiya Natalia |
| 93396 | Brantley, Bryan C. |
| 87284 | Brash, David Francis III |
| 66777 | Bresch, Jeffrey John |
| 16702 | Cavanaugh, Terry C. |
| 312595 | Chambers, Leslie Randall |
| 319825 | Checkley, Janet Carolyn |
| 48529 | Chutz, Michael J. |
| 89568 | Comas, Antonio Angelo |
| 88402 | Cook, James Louis III |
| 78152 | Cottle, Eric R. I. |
| 44743 | Cummings, Glenn Paul |
| 324483 | Decker, Jenna Mary |
| 207178 | Dharwadkar, Rohit Kumar |
| 75394 | Doblick, Donna Marie |
| 327834 | Dormer, Maxwell Regis |
| 43041 | Drake, Edwin P. |
| 319807 | Edrington, Christianna Alyse |
| 76973 | Evans, Jenifer E. |
| 207507 | Feldman, Ralph Nathan |
| 202018 | Feldstein, Allison L. |
| 87854 | Flaherty, Mark Patrick |
| 38328 | Foster, George B. |
| 53528 | Fried, Margaret J. |
| 324710 | Garcia, Raul Enrique III |
| 207161 | Gelacek, Zachary Philip |
| 205045 | Generett, William Osborne Jr. |
| 328314 | Gordon, Travis Andrew |
| 205159 | Gray, Elbert Richard Jr. |
| 77725 | Gursky, Alexis |

## Allegheny County

### Active

| ID# | Attorney |
| --- | --- |
| 35943 | Handelsman, George B. |
| 86949 | Hanna, Frederick Duffy |
| 53804 | Harrington, Moira cm |
| 68729 | Hayden, Thomas A. P. |
| 91040 | Heineman, Sarah Beth |
| 70546 | Horowitz, Scott Benjamin |
| 37555 | Hughes, Karen Louise |
| 1252 | Jacobs, Norman H. |
| 327134 | Jordan, Rondell Magic |
| 10463 | Koerner, Ronald P. |
| 26415 | Kortlandt, Donald Allen |
| 42770 | Kropp, David H. |
| 321392 | Krueger, Jesse James |
| 210314 | LeCuyer, Aimee Maureen |
| 53627 | Lenhardt, Ross E. |
| 317440 | Leonard, Timothy Jeffrey |
| 47947 | Lloyd, Janet Sue |
| 41902 | MacPherson, Sandra Jean |
| 34514 | McAnulty, Vera Sue |
| 307607 | McGraw, James Patrick III |
| 10023 | Messer, Howard F. |
| 313706 | Miller, Jennifer Lynn |
| 318031 | Morrow, Halstead |
| 21615 | Moyer, Linton L. |
| 325613 | Munza, Jeremy Daniel |
| 93341 | Myers, Rebecca Anne |
| 308165 | Naik, Kelly Elizabeth |
| 37471 | Nedlik, John Eric |
| 37948 | Nelson, Garry A. |
| 79897 | Nzambi, Paulo Alexandre N. M. |
| 76542 | O'Connor, Gavin Michael |
| 328110 | O'Hara, N Alexander |
| 200374 | Oliver, Jenee Nydia |
| 148 | O'Loughlin, David L. Jr. |
| 69492 | Pandaleon, Thomas Edwin |
| 312210 | Parker, Nancy Alaba |
| 73344 | Parrish, Alexander Wells |

# Disciplinary Board of the Supreme Court of Pennsylvania
## Attorneys Certified for Administrative Suspension
Year: 20-21

08/12/2020

### Allegheny County
### Active

| ID# | Attorney |
| --- | --- |
| 65610 | Patak, Terri Imbarlina |
| 63506 | Pavelle, Scott P. |
| 325328 | Pokrandt, Mark Raymond |
| 93393 | Powell, Brittany Erin |
| 57882 | Ramser, Joseph Andrew |
| 53547 | Rarig, Cynthia K. |
| 34917 | Reagle, Raymond E. |
| 59192 | Reid, Linda K. |
| 92754 | Roederer, Charlotte Dianne |
| 26475 | Russo, Severin A. |
| 85787 | Salynski, Mary Kathryn |
| 86551 | Sargent, Amanda Hope |
| 307909 | Schneider, Kelie Cummins |
| 310790 | Segal, Pamela |
| 321773 | Selbe, Anthony William |
| 33558 | Siroky, Georgene |
| 327103 | Smith, Jeremy D. |
| 317406 | Smith, Matthew Brian |
| 31723 | Smyrnes, Peggy Michelle |
| 85030 | Spatafore, Marcus Anthony |
| 30808 | Stanton, Robert Martin |
| 310068 | Stewart, Samantha Ann |
| 10541 | Trimm, Thomas W. |
| 91863 | Tryczynski, Christina |
| 37519 | Tyszkiewicz, Rita Marie |
| 77275 | Vuillemot, Jay Robert |
| 46113 | Walrath, Deborah Browne |
| 308344 | Welch, Vanessa Ann |
| 85443 | Werner, John David |
| 311931 | Wrenshall, Katherine McCurdy |
| 205533 | Zimmerman, Seth Reuben |

# Attorneys Certified for Administrative Suspension

## Allegheny County
### Inactive

| ID# | Attorney |
| --- | --- |
| 73818 | Beier, Mary Regina |
| 78301 | Bindell, Francine Lisa |
| 203280 | Cicconi, Christopher Lee |
| 307604 | Donahue, Thomas Garrett |
| 322484 | Gazze, Alissa |
| 73324 | Heitzenrater, Stacey R. |
| 44377 | Hewitt, Jennifer Wilson |
| 84783 | Jahn, Richard E. |
| 315549 | Kostman, Marni Elizabeth |
| 11229 | McLean, Michael C. |
| 203228 | Nitowski, Gary Alan |
| 53040 | Perry, Douglas Edward |
| 204339 | Whetzel, Sara Busch |
| 317833 | Woodruff, John Bryant II |

# Attorneys Certified for Administrative Suspension

**Allegheny County**

**In-House Corporate Counsel**

| ID# | Attorney |
|-----|----------|
| 317481 | Shepherd, Martin |

# Attorneys Certified for Administrative Suspension

## Erie County

### Active

| ID# | Attorney |
| --- | --- |
| 206306 | Vendetti, Chester James Jr. |

## Bucks County

### Active

| ID# | Attorney |
| --- | --- |
| 56290 | Asplen, Christopher Howard |
| 90777 | Ball, Christopher David |
| 315680 | Chaudhry, Imtiaz Manzoor |
| 15384 | Di Cola, Perry F. |
| 31279 | Friedman, Steven J. |
| 322111 | Gaines, Mark Weldon |
| 326947 | Hackenberg, Adam Ryan |
| 18865 | Karsch, Jay H. |
| 309980 | Kovalsky, Michael Kent |
| 84228 | McConnell, William |
| 37819 | McDavid, George Edward |
| 88876 | Murphy, Jennifer Safford |
| 63268 | Pizzo, Joseph William |
| 79077 | Vaccaro, Frank M. Jr. |
| 319900 | Votava, Gerald Joseph III |
| 40755 | Walton, Frederick M. Jr. |
| 52196 | Watts, Melody C. |
| 60363 | Weaver, Stephen R. |
| 26008 | Wind, Lawrence S. |

## Bucks County

### Inactive

| ID# | Attorney |
| --- | --- |
| 94283 | Caputo, Phillip David |
| 39686 | Cilio, Peter C. |
| 315544 | Johnson, Caitlin Brittany |
| 52914 | Litwa, Robin L. |
| 22253 | Martinez, Thelma E. |
| 203355 | Mirville, Patrick Yves |

# Attorneys Certified for Administrative Suspension

## Northumberland County

### Active

| ID# | Attorney |
| --- | --- |
| 203335 | Matulewicz, Anthony Michael III |

**Attorneys Certified for Administrative Suspension**

**Cumberland County**

**Active**

| ID# | Attorney |
| --- | --- |
| 308083 | Delaney, Paul Lawrence |
| 72604 | Michak, George A. |
| 318055 | Walters, Liana Elizabeth Branca |

### Cumberland County

**Inactive**

| ID# | Attorney |
| --- | --- |
| 207826 | Barker, William Barney |
| 28092 | Beauduy, Thomas Walter |
| 92303 | Glenn, Peter Grattan |
| 89962 | Portanova, Dominic J. |
| 84068 | Teeter, Krista Dawn |
| 77710 | Williams, Kathryn R. |

# Attorneys Certified for Administrative Suspension

**Westmoreland County**

**Active**

| ID# | Attorney |
|---|---|
| 32408 | McCreary, John R. |
| 83205 | Ressler, Roberta LaJean |
| 30347 | Roth, John Allen |
| 91741 | Sam, Christian Paul |
| 307432 | Schimizzi, Matthew Richard |
| 205126 | Tomasic, Timothy Nicholas |
| 27383 | Valasek, R. E. |

## Attorneys Certified for Administrative Suspension

### Luzerne County

**Active**

| ID# | Attorney |
| --- | --- |
| 89408 | Jones, Michael Charles |
| 78402 | Ratchford, Christopher P. |
| 35061 | Santora, Ronald Vincent |

# Attorneys Certified for Administrative Suspension

## Luzerne County

### Inactive

| ID# | Attorney |
| --- | --- |
| 15005 | Sobota, Raymond J. |

# Attorneys Certified for Administrative Suspension

## Dauphin County

### Active

| ID# | Attorney |
| --- | --- |
| 310005 | Beaston, Valerie Lynn |
| 24898 | Brown, Michael F. |
| 53667 | Calhoon, Ronald Lee |
| 86847 | Holloway, Laura A. |
| 31060 | Hughes, Deborah Ann |
| 84919 | Matas, Marylou |
| 21153 | Norton, Laurence E. II |
| 32308 | Phenicie, Mark Elihu |
| 93535 | Selemba, Kimberly A. |
| 318105 | Sherbine, Brian Michael |

# Attorneys Certified for Administrative Suspension

## Dauphin County

### Inactive

| ID# | Attorney |
|---|---|
| 22815 | Exar, Eve Koletas |
| 52802 | McGovern, Michael James |
| 29652 | Nichols, Dianne I. |
| 79412 | Russell, Richard G. |

# Attorneys Certified for Administrative Suspension

## Dauphin County

### In-House Corporate Counsel

| ID# | Attorney |
| --- | --- |
| 94314 | Suminski, Richard J. |

### Chester County

### Active

| ID# | Attorney |
| --- | --- |
| 33758 | Bell, Craig M. |
| 30189 | Boyd, Penelope A. |
| 206740 | Castagna, Kristy Marie |
| 310188 | Catania, Rosa Paloma Proctor |
| 307297 | Creasy, Clinton Edward |
| 65177 | Delaney, Matthew Sullivan |
| 88221 | Dougherty, Elizabeth Dinan |
| 20744 | Egan, Gerard P. |
| 81904 | Etzweiler, Joan Marie |
| 71617 | Farrell, Jacques Daniel |
| 310872 | Goldstein, Brooke Elizabeth |
| 25732 | Harvey, Sharon F. |
| 204092 | Herrell, Roger Wayne Jr. |
| 202534 | Kennedy, K. Scott |
| 310665 | McClellan, James Stephen Jr. |
| 84898 | McNelly, Robert J. |
| 83537 | Montgomery-Budd, Angela EM |
| 327990 | Myers, Conor John |
| 30515 | O'Leary, Neil Joseph |
| 62610 | Pitt, Terence M. |
| 315082 | Rector, Mickala Lorraine |
| 72422 | Simmons, Dennis |
| 201791 | Taylor, Cory Philip |
| 81544 | Thelman, Kimberly M. |
| 78823 | Wilson, James Michael |

## Chester County

### Inactive

| ID# | Attorney |
| --- | --- |
| 44600 | Clouser, Lynn A. |
| 319017 | Cooper, James Samuel |
| 90796 | Coyne, Allyson Frances |
| 76787 | Ferrer, Sebastian |
| 310160 | Forbes, Lisa Yvonne |
| 323295 | Jackson, Herbert John |
| 209735 | Johnson, Randy |
| 84640 | Rodriguez, Jesse A. |
| 75433 | Rodriguez, Kellen F. |
| 88191 | Scali, Kristin Adele |

### Somerset County

### Inactive

| ID# | Attorney |
|-----|----------|
| 70383 | Callihan, Mark E. |

**Attorneys Certified for Administrative Suspension**

08/12/2020

**Clarion County**

**Active**

| ID# | Attorney |
|-----|----------|
| 35158 | Hundertmark, Wayne H. |

**York County**

**Active**

| ID# | Attorney |
|-----|----------|
| 88812 | Dunn, Stephen James |

## Huntingdon County

### Active

| ID# | Attorney |
|---|---|
| 18331 | Ody, David Alan |

## Berks County

### Active

| ID# | Attorney |
| --- | --- |
| 35238 | Althouse, Kurt |
| 309054 | Bell, Andrew Michael |
| 78883 | Bentley, Victoria A. |
| 308844 | Cammarano, Michael Joseph Jr. |
| 310770 | Donohoe, Carol Anne |
| 313349 | Robinson, Renee Lynne |
| 28402 | Stallone, James Albert |

# Attorneys Certified for Administrative Suspension

**Berks County**

**Inactive**

| ID# | Attorney |
|-----|----------|
| 21672 | Uspal, C. Gary |

# Attorneys Certified for Administrative Suspension

**Blair County**

**Active**

| ID# | Attorney |
|---|---|
| 43921 | Valko, Terrence Arthur |

## Washington County

### Active

| ID# | Attorney |
|---|---|
| 309365 | DiFrancesco, Jenna Rose |
| 5449 | Fergus, Scott H. |
| 310337 | Kletzly, Paul William |
| 15602 | McCormick, William Jon |
| 86647 | Mochnaly, Daniel N. |
| 10035 | Saxton, Donald D. Jr. |
| 59650 | Stopperich, Mark Carl |

# Attorneys Certified for Administrative Suspension

### Washington County

### Inactive

| ID# | Attorney |
|-----|----------|
| 39635 | Reed, Diana Lovett |

# Attorneys Certified for Administrative Suspension

## Crawford County

### Active

| ID# | Attorney |
|---|---|
| 38537 | Scales, Kemp C. |

## Lehigh County

### Active

| ID# | Attorney |
| --- | --- |
| 203436 | Fernandez, Amy Michelle |
| 57808 | Klees, Aria A. |
| 65841 | Lightner, Thomas L. |
| 44029 | Siegfried, Timothy J. |
| 21674 | Vedomsky, Michael |
| 92654 | Wandall, Hilary Martin |

# Attorneys Certified for Administrative Suspension

**Lehigh County**

**Inactive**

| ID# | Attorney |
|-----|----------|
| 86196 | Meiss, Joseph R. |

**Lehigh County**

**In-House Corporate Counsel**

| ID# | Attorney |
| --- | --- |
| 315532 | Frankel, Jordan |

## Delaware County

### Active

| ID# | Attorney |
|---|---|
| 51970 | Allie, James Michael |
| 83756 | Cannon, Frances J. |
| 42930 | Carpenter, Robert A. Jr. |
| 35199 | Carruthers, Elizabeth Read |
| 92656 | DeLuca, Jennifer Lynne |
| 83105 | Gray, Derek Weld |
| 71440 | Grillo, Anthony |
| 47861 | Habina, Louis Keith |
| 86693 | Handler, Sean M. |
| 77565 | Hoffman, Sharon |
| 26160 | Lippincott, Nicholas S. |
| 87199 | Malenfant, Terri C. |
| 321694 | Martinicchio, Thomas Joseph |
| 208419 | McAlpine, Mark Lloyd |
| 3599 | McElroy, Richard P. |
| 306960 | McGrath, Michelle Christine |
| 203700 | McMahon, Shana |
| 315710 | Mehdizadeh, Andrew Kavon |
| 8982 | Noel, George P. |
| 317139 | Opet, Julianne |
| 13295 | Phelan, Albert F. |
| 316026 | Phillips, Andrew Campbell |
| 83385 | Ratigan, Brendan Dennis |
| 46701 | Reardon, Regina Coeli |
| 32237 | Rohde, David Leland |
| 73527 | Slinkard, Mary Vassallo |
| 18475 | Stewart, Jackson M. Jr. |
| 75389 | Su, Yeechun |
| 37671 | Unger, Stephanie Sher |
| 61338 | Valz, Norman M. |
| 321535 | Waring, Ashley Nikole |
| 19425 | Weiss, Eric A. |
| 32358 | White, Jo F. |

## Delaware County
### Inactive

| ID# | Attorney |
|-----|----------|
| 82339 | Carter, Dolores Marie |
| 12115 | Cooper, Alan |
| 28111 | Gallagher, Howard J. III |
| 314008 | O'Callaghan, Kyle P. |
| 38992 | Ryan, John Elliot |
| 70214 | Tracy, Linda Ann |

# Attorneys Certified for Administrative Suspension

## Delaware County

### In-House Corporate Counsel

| ID# | Attorney |
| --- | --- |
| 317097 | Dee, Deborah Paige |

# Attorneys Certified for Administrative Suspension

## Mercer County

### Active

| ID# | Attorney |
| --- | --- |
| 62350 | Clemenza, Vasiliki John |
| 205197 | Mergl, Ryan A. |

# Attorneys Certified for Administrative Suspension

## Beaver County

### Active

| ID# | Attorney |
|---|---|
| 27449 | DeBord, Michelle |
| 5287 | Petrush, John J. |
| 307225 | Urick, Nicholas |

**Attorneys Certified for Administrative Suspension**

Year: 20-21                                                                                           08/12/2020

**Warren County**

**Active**

| ID# | Attorney |
| --- | --- |
| 21210 | Hernan, Richard A. Jr. |

## Montgomery County

### Active

| ID# | Attorney |
| --- | --- |
| 40184 | Abrams, Dennis M. |
| 63349 | Beck, Basil David III |
| 326783 | Bernlohr, Christian Timothy |
| 89464 | Best, Amber Alicia |
| 81839 | Bhatia, Veenita |
| 3777 | Bluestein, Ronald |
| 323922 | Blumenthal, Seth Daniel |
| 91794 | Brogley, William Paul |
| 313123 | Brooks, Justin Silver |
| 202445 | Byrd, April Marie |
| 84419 | Capuano, Stephanie |
| 306889 | Chen, Kathleen Chia Ling |
| 202451 | Chestnut, Kenniah C. |
| 73417 | Colletti, Sisa M. |
| 86587 | Conley, Frank James |
| 54143 | Conn, Andrew G. |
| 205214 | Cruz, Shaela |
| 202953 | Cummings, Tammy Denise |
| 321685 | Danier, Nathalie |
| 49146 | Decker, Julie Hopson |
| 52601 | Diorio, Joseph A. |
| 83288 | Falin, Robert Martin |
| 71862 | Fridey, Jeanne E. |
| 316223 | Gallagher, Neil Ryan |
| 319605 | Gaughan, Shannon Kathleen |
| 23400 | Gold, Alan Steven |
| 25724 | Goldenberg, Bruce |
| 205467 | Greco, Leonard Paul |
| 82192 | Hammes, Faith Craig |
| 66615 | Haviland, Donald E. Jr. |
| 307713 | Heideck, Karl |
| 201382 | Jacobson, Jared A. |
| 208662 | Jones, Kristin Jean |
| 4848 | Kellogg, Thomas R. |
| 33813 | Kelly, Kevin Joseph |
| 59713 | Kessler, Andrew D. |
| 207586 | Lopoten, Eric Michael |

## Montgomery County

### Active

| ID# | Attorney |
|---|---|
| 33605 | Malloy, Dorothy Anne |
| 94822 | Marino, Michael F. |
| 21759 | McHugh, Patrick M. |
| 83890 | McMonagle, Patrick J. |
| 77252 | Miraglia, Thomas J. |
| 326784 | Mooney, Matthew Peter |
| 90849 | Moretsky, Alexander |
| 323244 | Morris, Catherine |
| 36166 | Mullen, Kenneth L. |
| 41050 | Murland, Alex J. |
| 57494 | Murtaugh, Robert J. |
| 315307 | Myers, Patrick J. |
| 311073 | Paris, Modesta Beatriz |
| 86200 | Peters, Frederick Leo II |
| 4551 | Picotte, Peter J. II |
| 83585 | Platt, William H. II |
| 89630 | Reynolds, Jennifer L. |
| 70734 | Ricciardi, Louis C. |
| 48407 | Robins, Kevin Patrick |
| 19647 | Rosenbluth, Jay Lieb |
| 310816 | Ross, Sandra Rhee |
| 47155 | Scarlato, Paul John |
| 83362 | Schafkopf, Gary |
| 25978 | Schanbacher, Walter W. |
| 317394 | Serrano-Torres, Elba Noelia |
| 37029 | Solomon, Ronni Paula |
| 26975 | Sweeney, Ellen M. |
| 67020 | Timoney, Patrick C. |
| 82383 | Troilo, Louis M. |
| 201064 | Walters, Stephanie Teaford |
| 61522 | Wilson, Christopher S. |
| 43332 | Woldow, Pamela H. |
| 49096 | Wright-St. Hill, Jennifer |
| 201552 | Zillas, Damien |

**Montgomery County**

**Inactive**

| ID# | Attorney |
|-----|----------|
| 4959 | Acton, David |
| 312766 | Bardsley, Clymer Downer |
| 315192 | Battaglia, Stephanie Marie |
| 68689 | Brewer, Laura Way |
| 62657 | Cardy, Jennifer E. |
| 16033 | Corbman, Scott K. |
| 201248 | Fiala, Melissa Kay |
| 28478 | Gadsden, Thomas Parker |
| 48272 | Granoff, Cindy Joy |
| 4440 | Hanzelik, Carl H. |
| 206035 | Harper, Heather Ann |
| 325426 | Lattimore, Ashton Rene |
| 85361 | Miller, Virginia Irene |
| 205846 | Moffitt, Jill Marie |
| 90229 | Pham, Khoi T. |
| 47652 | Piper, Maryann Rogers |
| 60349 | Rhodes, Kimberly L. |
| 4188 | Rosenbaum, James L. |
| 82806 | Scott, Jane Helena |
| 321321 | Shaw, Daniel William |
| 80728 | Sill, David William |
| 43359 | Stern, Gregory Paul |
| 82414 | Willner, Jennifer Auerbach |
| 82473 | Willner, Michael Benjamin |

**Disciplinary Board of the Supreme Court of Pennsylvania**
# Attorneys Certified for Administrative Suspension
Year: 20-21

08/12/2020

**Montgomery County**

**In-House Corporate Counsel**

| ID# | Attorney |
|-----|----------|
| 209828 | Duane, Vincent Paul |

# Attorneys Certified for Administrative Suspension

## Franklin County

### Active

| ID# | Attorney |
|---|---|
| 22381 | Antoun, Frederic G. Jr. |
| 92129 | Arnoult, William Scott |

# Attorneys Certified for Administrative Suspension

## Monroe County

### Active

| ID# | Attorney |
| --- | --- |
| 202507 | Amici, Nancy Abbott |
| 88436 | Chavar, Dina |
| 308012 | Weiner, Ira Elliot |

### Lackawanna County

**Active**

| ID# | Attorney |
|---|---|
| 314426 | Fiscus, Michael Edward |
| 64689 | Jones, Christopher B. |

**Attorneys Certified for Administrative Suspension**

08/12/2020

**Cambria County**

**Active**

| ID# | Attorney |
|-----|----------|
| 33303 | Sheridan, Christopher F. |
| 27901 | Walsh, James Richard |

# Disciplinary Board of the Supreme Court of Pennsylvania
## Attorneys Certified for Administrative Suspension

**Centre County**

**Active**

| ID# | Attorney |
| --- | --- |
| 326461 | Hurt, David Victor |

**Centre County**

**Inactive**

| ID# | Attorney |
| --- | --- |
| 200848 | Smalley, Andrew Michael |

## Butler County

### Active

| ID# | Attorney |
| --- | --- |
| 72556 | Ascher, Jonathan Craig |
| 209262 | Bartley, Richard John |
| 315464 | Cheponis, Kelly Christine |
| 51387 | Deoras, Monica Bhanu |
| 313817 | Kalina, Matthew J. |
| 28903 | Lenns, Charles A. |
| 204070 | Muscatello, Aaron Salvatore |
| 76239 | Nudi, Vincent Paul |
| 318303 | Skalos, Kristin Lauren |
| 323372 | Smith, Samantha Ann |

**Butler County**

**Inactive**

| ID# | Attorney |
|-----|----------|
| 67151 | Srock, Christopher P. |

# Disciplinary Board of the Supreme Court of Pennsylvania
## Attorneys Certified for Administrative Suspension

### Butler County
### In-House Corporate Counsel

| ID# | Attorney |
|-----|----------|
| 318274 | Thompson, Krista Lynn |

# Attorneys Certified for Administrative Suspension

08/12/2020

## Lebanon County

### Active

| ID# | Attorney |
| --- | --- |
| 34867 | Garvey, Vincent R. Jr. |
| 65551 | Hitchings, Joseph Lance |
| 6389 | Wolf, Frederick S. |

**Jefferson County**

**Active**

| ID# | Attorney |
|---|---|
| 39035 | Long, David C. |

**Attorneys Certified for Administrative Suspension**

Year: 20-21                                                                                          08/12/2020

**Pike County**

**Active**

| ID# | Attorney |
|---|---|
| 60091 | Jones, John W. Jr. |

# Attorneys Certified for Administrative Suspension

08/12/2020

## Perry County

### Active

| ID# | Attorney |
|-----|----------|
| 92102 | Potter, Sean Andrew |

**Out of Country**

**Active**

| ID# | Attorney |
| --- | --- |
| 310506 | Kellogg, George Leon III |
| 58645 | Modaber, Alexander A. |
| 22102 | Ngiraklsong, Arthur |
| 90193 | Waddy, Laurie Elizabeth |
| 321405 | Wang, Jun |

**Disciplinary Board of the Supreme Court of Pennsylvania**

**Attorneys Certified for Administrative Suspension**

**Out of Country**

**Inactive**

| ID# | Attorney |
|-----|----------|
| 56783 | Mori, Suely |
| 31932 | Sellers, Patricia S. |

### Out of State

### Active

| ID# | Attorney |
| --- | --- |
| 201447 | Acevedo, Jason Thomas |
| 84905 | Ackerman, Glenn Anthony |
| 320303 | Alderson, Paige Jessica |
| 318202 | Allogramento, Philip William III |
| 317069 | Anderson, Jarryd Eric |
| 320924 | Andris, Jr., James M. |
| 86623 | Angelich, George P. |
| 314874 | Apicella, Paul Wyatt |
| 204314 | Asselin, Peter Richard |
| 326611 | Baimbridge, Alison Leigh |
| 86176 | Bamford, Sean Patrick |
| 62504 | Bancroft, Anne Ciesla |
| 310056 | Barger, James Douglas |
| 307770 | Barnett, Lisa Mebane |
| 68122 | Bartow, Ann M. |
| 72533 | Bavaro, Susan P. |
| 325340 | Beaye, Wilfred Towieh Jr. |
| 56945 | Behr, Martin Kenneth III |
| 39048 | Bennie, Joseph John |
| 56647 | Bhasin, Shabnam |
| 82145 | Bidelman, Marlene J. |
| 57069 | Biehl, James |
| 313179 | Biggs, Brian Andrew |
| 201061 | Billings, Eric Lawrence |
| 88629 | Black, David Daniel |
| 208978 | Blaine, Matthew Kostiuk |
| 59768 | Blake, Melvyn A. |
| 54102 | Block, Dennis E. |
| 322320 | Blouin, Daniel Patrick |
| 321544 | Boatright, Micajah Daniel |
| 322312 | Bokosha, Terence |
| 65964 | Bosch, Gerard Richard |
| 31764 | Bove, Beverly Lynn |
| 306404 | Bowen, Alice Caroline |
| 49618 | Boyle, Dennis Edward |
| 207538 | Branche, Benjamin Thunder |
| 202635 | Breit, William David |

**Out of State**

**Active**

| ID# | Attorney |
| --- | --- |
| 310586 | Brooks, Dustin Todd |
| 315115 | Brown, Vanessa Renee |
| 81915 | Browndorf, Matthew C. |
| 93803 | Calcaterra, Regina Marie |
| 32027 | Caldbeck, Weldon Stephen |
| 92693 | Calvet, Maria Gonzalez |
| 314779 | Campanelli, Michael Andrew |
| 318282 | Cannizzaro III, Vincent J. |
| 310305 | Cassidy, David Edward |
| 317191 | Chamberlin, Jay William |
| 324983 | Champion, Ashley Elizabeth |
| 66669 | Cherdak, Erik Benjamin |
| 51073 | Cohn, Debra Leanne Wrobel |
| 312870 | Colao, Joseph Gregg |
| 90848 | Coleman, Thomas S. |
| 321459 | Connolly, Erin Elizabeth |
| 43350 | Conroy, Carol |
| 325522 | Cook, Kerryann Marie |
| 321765 | Cooke, Jesse John |
| 2530 | Corsetti, Vincent B. |
| 209795 | Costello, Irene Marie |
| 308040 | Cotten, Chad |
| 312010 | Cousins, LaDonna Marie |
| 313338 | Cucco, Joseph Henry |
| 69058 | Curran, James P. Jr. |
| 89281 | Curtis, Paul |
| 315795 | Curtis, Taylor Marie |
| 85418 | Daly, Colin Michael |
| 94492 | Darby, Johnna M. |
| 315636 | Darling, Heather Jo |
| 63615 | Davis, James Hampton |
| 46768 | Deal, Joseph D. |
| 88563 | DeLeo, Patricia Ann |
| 79741 | Diaz, Jo Ann Veltrup |
| 66771 | Diggs, Edward W. |
| 316094 | DiPrinzio, Carol Ann |
| 95093 | DiTomo, John Patrick |

**Out of State**

**Active**

| ID# | Attorney |
|---|---|
| 47495 | Domingo, Rhoda Wilkinson |
| 313106 | Doyle, Alison Lee |
| 54177 | Dratch, Barry A. |
| 201816 | Dube, Dimitri |
| 207234 | DuBose, Ben Kelly |
| 44851 | Duffy, Diane Theresa |
| 76643 | Dzien, Laurie Ann |
| 315122 | Embrey, Jennifer Bailey |
| 63625 | Erickson, Jeffrey A. |
| 320973 | Esser, Brittany |
| 317312 | Eyet, Matthew Travis |
| 324834 | Falkenstein, Francis John |
| 12240 | Famiglietti, John R. |
| 86994 | Fazio, Roy Christopher |
| 47585 | Feller, Mary Capuano |
| 321636 | Figueroa, Carl |
| 204725 | Finnessey, Samuel John Jr. |
| 310616 | Firkel, Eric Michael |
| 76537 | Fogel, Stefanie J. |
| 58393 | Forshner, Gary S. |
| 15261 | Fox, Lawrence J. |
| 210350 | Fox, Shawn Paul |
| 66695 | Foytlin, Karen Ann |
| 65643 | Friedman, Jeffrey Scott |
| 203518 | Fry, Gretchen Elaine |
| 310021 | Gabriel, Mark Thomas |
| 88437 | Gage, Sarah Cassidy |
| 10071 | Gallagher, Edward M. |
| 315190 | Gallagher, Michael J. Jr. |
| 317446 | Gates, Martin Stanley |
| 327093 | Gershowitz, Danielle |
| 314562 | Gespass, Daniel Jacob |
| 323948 | Gianakis, Jerry |
| 82752 | Gierlich, Nancy |
| 207061 | Gillece, Katelyn Marie |
| 88428 | Glavis, Rachel White |
| 310158 | Gnudi Kalocsay, Robyn Maria |

**Out of State**

**Active**

| ID# | Attorney |
|-----|----------|
| 320323 | Goebel, Adam Tanner |
| 41746 | Goldberg, Susan Lynn |
| 31656 | Gordon, Daniel A. |
| 306988 | Graham, Stacey |
| 95045 | Green, Nancy Ann |
| 322396 | Grose, Alexis Shaena Talbot |
| 89866 | Guiton, Christopher J. |
| 26448 | Haddon, Phoebe A. |
| 88495 | Hall, Stephen Edmund |
| 74484 | Hanna, Barbara Timmeney |
| 68087 | Haverly, Martin D. |
| 61796 | Hay, Bruce Lawrence |
| 66370 | Hayhurst, Steven Blaine |
| 39576 | Hedinger, Robert |
| 205481 | Hekhuis, Jeremy Lee |
| 34110 | Herrera, Mark E. |
| 82934 | Higgins, Brian Scott |
| 201838 | Hines, Conan Richard |
| 311633 | Hope, Walter Joseph |
| 28302 | Howard, James Elliot |
| 33269 | Howarth, Henry III |
| 203709 | Humes, Nichole E. |
| 320452 | Ira, Lauren Jonas |
| 90540 | Jarvis, Lori Elliott |
| 201917 | Jensen, Keith Michael |
| 90362 | Jones, Marquis DeLafayette Jr. |
| 309922 | Jonsson, Karl Thomas |
| 38180 | Kane, Bradley Harold |
| 320412 | Kanoff, Daniel Ryan |
| 69918 | Kanzler, Catherine Healy |
| 65129 | Kaplan, Steven H. |
| 83181 | Keifer, Christopher Andrew |
| 43196 | Kelton, C. Annette |
| 324038 | Kopco, Jeffrey Alan |
| 52526 | Kowalewski, Stephen Louis |
| 325149 | Krahe, Liam Thomas |
| 208424 | Kumor, Heather Marie |

70

**Out of State**

**Active**

| ID# | Attorney |
|---|---|
| 80229 | Kvetan, J. Michael |
| 312582 | Lacap, Henry |
| 201175 | Lamparter, Heather |
| 307964 | Langel, Casey Rutledge |
| 319644 | LaPorta, Guido Robert III |
| 53545 | Layton, Elaine L. |
| 52443 | Lazo, Jacqui Fiske |
| 75377 | Lee, Brian David |
| 319653 | Lehman, Bradley Paul |
| 315495 | Leister, Daniel A. |
| 313169 | Leshinski, John Joseph III |
| 71416 | Lesko, Robert Patrick |
| 69954 | Levenson, Neal Elliott |
| 64466 | Levenson, Scott Craig |
| 322271 | Levy, Christopher Jerome |
| 88824 | Lieberman, Ronald G. |
| 312792 | Lipari, Joseph |
| 84975 | Lipkin, Gary William |
| 22098 | Long, James C. Jr. |
| 319198 | Lowe, Danielle Renee |
| 66096 | Lowe Johnson, Sherry D. |
| 37927 | Lubimir, John Anton |
| 317364 | Lute, Melvin Leon Jr. |
| 319775 | Madin, Khaled |
| 82728 | Manganello, Christopher M. |
| 72602 | Marcus-Stanley, Elizabeth |
| 209803 | Martin, Chad Jeffrey |
| 88788 | Martinson, Richard D. |
| 84225 | Mayer, Christopher S. |
| 47427 | McCarty, William H. Jr. |
| 318659 | McCowan, Allison Jean |
| 316831 | McCullough, Christopher Burns |
| 162056 | McDonough, Sean M. |
| 321996 | McGinley, Kathleen |
| 311748 | McGovern, Megan |
| 209757 | McGroarty, Shannon Leigh |
| 202259 | McGrory, Patrick M. |

**Out of State**

**Active**

| ID# | Attorney |
| --- | --- |
| 201187 | McLaughlin, James Peter 2nd |
| 207737 | McMahon, Sharon Lynn |
| 321389 | Means, William Clayburn |
| 307707 | Meckley, Joellen Catharine |
| 207034 | Mendinsky, Clint Lyle |
| 205337 | Merriman, Kevin T. |
| 28604 | Miksis, Gerald F. |
| 325403 | Miosi, Elizabeth V. |
| 325416 | Mitchell, Aaron Aubrey |
| 72519 | Moazed, Shirine E. |
| 323323 | Moore, Andrew W. |
| 307966 | Moore, Timothy L. |
| 327984 | Morrison, Michael Kolbe |
| 209918 | Moynihan, Kenneth Michael |
| 83074 | Murphy, Alison Lynne |
| 315684 | Murphy, Michael Constantine |
| 307444 | Murphy, Robert Emile |
| 204925 | Murphy, Sharon Elizabeth |
| 314447 | Murray, Amanda Dior |
| 319761 | Nassif, Valere Laurence |
| 320410 | Navarro, Julio |
| 204486 | Neiburg, Michael Sean |
| 58327 | Nelligan, Mark Charles |
| 65679 | Nelson, Michael Richard |
| 89252 | Neugebauer, Gena Marie |
| 43284 | Neumann, Jerry Mark |
| 20810 | Nevin, Hugh W. Jr. |
| 61031 | Newman, Jeffrey S. |
| 73428 | Newman, Jeffrey Stuart |
| 318561 | Nosko, Douglas Joseph |
| 61588 | O'Boyle, Judith Ann |
| 34166 | Okin, Michael David |
| 82785 | O'Neill, Kathleen Suzanne |
| 315433 | O'Riordan, Kevin Michael |
| 318983 | Osafo, Nana Abena Asantewaa |
| 316216 | Outlaw, Genevieve Rose |
| 90271 | Pacho, Jericho B. |

**Out of State**

**Active**

| ID# | Attorney |
| --- | --- |
| 322049 | Pakrouh, Tara Christine |
| 20439 | Paschall, Philip D. |
| 325018 | Patel, Parthiv |
| 317409 | Pearson, Jon Theodore |
| 84862 | Perez, Elayne Marie |
| 94342 | Petigara, Vishal S. |
| 92776 | Petrone, John R. II |
| 315157 | Pinkston, Andrew Jamel |
| 68905 | Powell, Thomas Joseph |
| 92709 | Proner, Mitchell Laurence |
| 48222 | Radol, Roger Bennett |
| 318292 | Ramirez, Richard E. |
| 93946 | Rasi, Mary-Noelle |
| 23011 | Raucci, Francis J. |
| 205137 | Rawls, Danielle Ducre |
| 10614 | Reich, Thomas M. |
| 30024 | Reinhardt, Gary Steven |
| 313905 | Reynolds, Briele N. |
| 312879 | Richardson, Ira Andre III |
| 323798 | Robert, Sidney Frances |
| 203388 | Robinson, Kathleen Heather |
| 315645 | Rodas, Rudy Alexzander |
| 206824 | Rogers, Melissa Ann |
| 71852 | Rohde, Eric Bideaux |
| 72319 | Roscher, James Thomas |
| 66260 | Rose, Jonathan Gary |
| 313412 | Roth, Jarrett Greg |
| 202657 | Rubenstein, Melissa Ilana |
| 205923 | Saghafi, Tina |
| 204120 | Sampson, Mathew Lee |
| 72640 | Santori, Peter Dominic |
| 93463 | Sawyer, Cara Coyne |
| 326315 | Schad, Veronica |
| 62132 | Schiller, Wanda Marie |
| 204651 | Schwartz, Adam Rafe |
| 206073 | Schwartzmiller, Lori L. |
| 87735 | Segal, Michael Aaron |

**Out of State**

**Active**

| ID# | Attorney |
|---|---|
| 326597 | Sellers, Kala Flittner |
| 324922 | Shackelford, Pamela Burkardt |
| 323052 | Shand, Marcus Wanner |
| 317035 | Shea, Christopher Ryan |
| 207855 | Sheets, James David |
| 209701 | Stow, Meredith Anne |
| 318368 | Strandell, Brittany Lin |
| 200873 | Stratis, Jennifer L. |
| 307613 | Strauss, Sarah Elizabeth |
| 92930 | Sullivan, James Michael |
| 310013 | Sykes-Saavedra, Joanna |
| 76590 | Taney, Francis Xavier Jr. |
| 201027 | Thomas, Nakia Paula |
| 40686 | Toliver, Jacques Alan |
| 308576 | Trabosh, Arykah |
| 71713 | Travers, Russell Spencer |
| 30818 | Tremont, Helen M. |
| 203489 | Tucker, Margaret Hunsicker |
| 93794 | Tulloss, Mark Hutchins |
| 209173 | Turner, James Whitney Jr. |
| 94540 | Turner-Hawkins, Twanda |
| 41767 | Ungvarsky, Carole S. |
| 72506 | Vecchiollo, Leonard J. |
| 82941 | Vedder, Alden W. |
| 86230 | Volkman, Rachel |
| 324494 | Wajert, Emily Marie |
| 89677 | Warren, Bruce K. Jr. |
| 66706 | Watkins-Hamilton, Myra Ann |
| 308468 | Webster, Jason Charles |
| 46591 | Weis, Janice E. |
| 201069 | White, George S. |
| 323393 | Wieder, Stephen Ari |
| 86331 | Williams, Dionne Savage |
| 317840 | Wise, Emily Catherine |
| 49899 | Wisniewski, John Scott |
| 312572 | Wright, Michael Robert |
| 70061 | York, David R. |

**Attorneys Certified for Administrative Suspension**

Year: 20-21                                                                                          08/12/2020

**Out of State**

**Active**

| ID# | Attorney |
| --- | --- |
| 205558 | York, Lydia E. |
| 61072 | Zucker, Lary I. |
| 83628 | Zucker, Scott Robert |

**Out of State**

**Inactive**

| ID# | Attorney |
|---|---|
| 45858 | Abalos, Benjamin M. |
| 51133 | Abrahams, Denise M. |
| 315019 | Almanza, Elliott Joseph |
| 319275 | Altman, Kirk Patton |
| 45275 | Amoroso, Henry J. |
| 208175 | Anastos, Kristen |
| 73669 | Anderson, Lynne D. |
| 25842 | Aufhauser, David Dean |
| 46120 | Ayvazian, Laurens Mardiros |
| 319244 | Baker, Timothy Jacob |
| 90456 | Barrera, Alexander J. |
| 306876 | Basu, Tanya |
| 208063 | Bateman, Janet Marie |
| 45794 | Battaglia, Victor Francis Jr. |
| 26937 | Behm, R. Jeffrey |
| 78160 | Beltrami, Jennifer Fletcher |
| 32820 | Bennett, Barry Milton |
| 208142 | Berman, Lindsay Nicole |
| 22418 | Berry, Robert S. |
| 38690 | Bideau, Mark F. |
| 319618 | Bishop, Timothy Robert |
| 87216 | Blumberg, Theodore Louis |
| 202589 | Bonderer, Austin |
| 91289 | Bowlds, William Aaron |
| 40940 | Bramnick, Andrew |
| 318959 | Breton, Christine Beatriz |
| 73479 | Brian, Steven J. |
| 85456 | Brown, Paul Damon |
| 314354 | Brown, Sara Nicole |
| 50394 | Bublewicz, John Joseph |
| 75512 | Butsavage, Carey Robert |
| 46869 | Cade, David Sherman |
| 72423 | Cadmus, Stacia A. |
| 72235 | Caldwell, Adam Shartzer |
| 64216 | Calello, Sheila Elizabeth |
| 310470 | Chang, Tracy Ting Yun |
| 308968 | Chant-Berry, Shanon Marie |

**Out of State**

**Inactive**

| ID# | Attorney |
|---|---|
| 83067 | Chase-Walters, Victoria Lynne |
| 56995 | Chatterton, Mary M. |
| 91412 | Cherner-Ranft, Meghan |
| 18578 | Chierici, Donald Robert Jr. |
| 69865 | Chociey, Edwin F. |
| 67672 | Chynn, Audrey Frances |
| 63375 | Cicero, Anita J. |
| 53283 | Ciko, Christopher N. |
| 200524 | Cirilla, Ashleigh Marie |
| 44216 | Clayman, Eric J. |
| 202051 | Contreras, Michele Ann |
| 44936 | Corbo, Joseph A. Jr. |
| 37756 | Corliss, Cynthia L. |
| 317784 | Costello, Mary Clare |
| 73981 | Costley, Mark F. |
| 92769 | Coughlan, Kenneth James |
| 64626 | Crawford, Charlotte F. |
| 88542 | Crawford, Elyse G. |
| 200092 | Crossey, Gina |
| 209603 | Curigliano, Robert John |
| 308384 | Cutuly, Lauren J. |
| 83652 | Daley, Ursula Robinson |
| 202178 | Daly, Elizabeth Anne |
| 310635 | D'Ancona, Elizabeth Christine |
| 37291 | Danien-McCleary, F. Barbara |
| 45477 | Davidson, Joel Robert |
| 59888 | De Veau, David Ross |
| 209049 | Deacon, Christin Elizabeth |
| 309837 | Delgado, MariaJose |
| 32146 | Demko, Joseph N. |
| 63397 | Denning, Richard Scott |
| 41736 | DePaso, Thomas J. |
| 43976 | DeSimone, Joseph M. |
| 91202 | Dibble, Jaime Sue |
| 70098 | DiRienzo, Joseph |
| 67522 | Doherty, Thomas F. |
| 44191 | Dooley, Marlene |

**Out of State**

**Inactive**

| ID# | Attorney |
| --- | --- |
| 80874 | Doran, Gregory Nicholas |
| 69591 | Dorsey, Douglas Carl |
| 26284 | Dorsey, Jay B. III |
| 32761 | Duggin, Sarah Helene |
| 208582 | Eberhardt, Elisa Nicole |
| 315045 | Egger, Casey Meredith |
| 85478 | Fay, Christina Pinto |
| 78451 | Feldman, Michael J. |
| 52701 | Fenner, John W. D. |
| 201761 | Ferrara, Nicholas Jude |
| 41835 | Fiore, Joanne E. |
| 72542 | Fitzpatrick, John P. |
| 93482 | Ford, Melanie A. |
| 52478 | Forti, Carol Ann |
| 204995 | Fox, Angel Rose |
| 62802 | Fox, Susan |
| 207319 | Franks, Chad |
| 318224 | Franson, Matthew Joseph |
| 40708 | Frederick, Kathleen A. |
| 85394 | Fromm, Christopher R. |
| 311563 | Garleb, Heather Lynn |
| 319365 | Gerard, Raymond Christopher |
| 77913 | Gill, Martin Bernard |
| 81171 | Giordano, Christine Susan |
| 202137 | Glidden, Shawn |
| 66727 | Gochman, David Edgar |
| 209395 | Goldberg, Melissa S. |
| 209853 | Goldsmith, Lee M. |
| 28486 | Goodenough, Oliver R. |
| 207628 | Gordon, Jacob Alexander |
| 306381 | Gore, Heba-Alla Nassef |
| 38284 | Greenstein, Marci Ellen |
| 325972 | Grimm, Katie Lynn |
| 308260 | Gromley, Jason Alan |
| 205232 | Grossman, Karly Arin |
| 307958 | Gudis, Charlotte L. |
| 76467 | Gurrola, Stephanie Lynn |

### Out of State
### Inactive

| ID# | Attorney |
| --- | --- |
| 202583 | Haber, David Brian |
| 61466 | Haggins, Barksdale W. Jr. |
| 85416 | Hall, Maria Anne |
| 308414 | Hamrick, Joanna Vague |
| 72408 | Hamrick, Steven Jay |
| 205401 | Hanna, Stacey Josephine |
| 315350 | Harrison, Taylor Romigh |
| 76927 | Heaton, Tracey L. |
| 71463 | Hebert, Paul Andrew |
| 203624 | Heidary, Shirin |
| 67257 | Hess, Adam Russell |
| 319745 | Hester, Kathryn Rose |
| 59331 | Hickey, Eugene F. II |
| 89003 | Hicks, William Clayton |
| 50747 | Hoffler, Tricia Purks |
| 78170 | Hoffman, Brent Lee |
| 92309 | Hoffman, Darin Anthony |
| 83082 | Hofmann, Elke Andrea |
| 56336 | Horan, Michael Patrick |
| 310029 | Huf, Robert Jason |
| 52101 | Hughes, Christine Grinde |
| 65046 | Hurley, Laurie Ann Baird |
| 63049 | Jacobs, Lisalyn Raquel |
| 307904 | Jandu, Anita |
| 86088 | Jayma, Dawn N. |
| 22562 | Johnson, Lawrence E. |
| 326333 | Jones, Robyn Danielle |
| 30746 | Kane, Barbara Stewart |
| 306795 | Kania, Joseph Paul |
| 69032 | Katsas, Gregory George |
| 44143 | Kaufman, Stephen Henry |
| 311072 | Kelley, Jamuna Devi-Dasi |
| 306856 | Kelley, Kathryn Mary |
| 202731 | Kenney, Anne L. |
| 61854 | Kenny, Dennis |
| 45991 | Kerdesky, Henry J. M. |
| 72279 | Khan, Monica Yasmin |

**Out of State**

**Inactive**

| ID# | Attorney |
|---|---|
| 307725 | Khellah, Mary Fayez |
| 47988 | Kibrick, Madeline H. |
| 63308 | Killen, Craig Nelson |
| 63488 | Kimmich, Joan M. |
| 76764 | King, Richard M. Jr. |
| 20793 | Kinstlick, Riva F. |
| 67649 | Kirsch, Karen Fullum |
| 47408 | Klee, Ann Renee |
| 31541 | Kligerman, Julie |
| 44342 | Klur, Lawrence R. |
| 37215 | Kobler, Scott Arthur |
| 70114 | Kohler, Mary R. |
| 54830 | Labaton, Mark |
| 67645 | Lammers, Eric Scott |
| 30088 | Laskin, Carol F. |
| 203495 | Lee, Grace |
| 203957 | Lehman, Theodore Hurst |
| 204492 | Lembesis, Petros Efstathios |
| 318532 | Leonard, Lila Bagwell |
| 43288 | LeSourd, Nancy Oliver |
| 78291 | Levinson, David Aaron |
| 317388 | Liddell, James Clark |
| 56954 | Lindenberg, Deborah P. |
| 31068 | Lynch, Mark Steven |
| 52039 | Maniaci, Vincent Michael |
| 70632 | Marcus, Juliet Carbonell |
| 200332 | Mareino, Vincent James |
| 201988 | Marion, Jeffrey Edward |
| 317347 | Martin, Jennifer Elizabeth Steele |
| 69089 | Maynard, Otis Velie |
| 63982 | McConnell, Mary Elizabeth |
| 315203 | McDonald, Adrienne Michele |
| 313114 | McGarvey, Marisa G. |
| 51217 | McLaughlin, Julia F. Halloran |
| 90032 | McManamy, Laura J. |
| 209563 | Mendez Roman, Alejandro |
| 45772 | Messick, Robert M. |

**Out of State**

**Inactive**

| ID# | Attorney |
|---|---|
| 57124 | Metro, Joseph W. |
| 201209 | Metz, Randy Scott |
| 63846 | Midlige, Michael F. |
| 10243 | Mikesic, Nicholas J. |
| 310696 | Milla, Christopher Daniel |
| 209766 | Moersfeler, Michelle Marie |
| 45582 | Mogerman, Richard Mark |
| 41410 | Moore, Cathy E. |
| 78630 | Morgenroth, Sharon A. |
| 307742 | Morris, Katie Nicole |
| 210245 | Morris, Keith Eric |
| 80997 | Motola, Niza Maria |
| 63986 | Mucklewee, James M. |
| 321633 | Najemy, Laura Cristina Nastase |
| 81413 | Needleman, Ira J. |
| 72447 | Nicholas, Mark Howard |
| 80302 | O'Connor, Stacy Navarro |
| 87150 | Orsen, Melissa Jill |
| 77230 | Ortman, Bradley L. |
| 210007 | Oughton, Kathryn M. |
| 61638 | Palermo, Philip A. |
| 25962 | Pantaleo, Peter |
| 82761 | Papaioanou, George |
| 318029 | Parham, Shalamar |
| 202427 | Park, Joo Y. |
| 314343 | Passero, Ashley Ryan |
| 58700 | Patrizio, Paul Leonard |
| 94164 | Patton, Kathryn Lucy |
| 313778 | Perez, Celia Rose |
| 60930 | Perry, Michael R. |
| 29189 | Peskin, Stephan H. |
| 73628 | Peterson, Matthew David |
| 52252 | Petraschuk, Stanley Joseph |
| 87581 | Pfeiffer, Julie Marie |
| 310793 | Popovich, William Julius Jr. |
| 314827 | Poth, Christian Steven |
| 82909 | Prettyman, Thomas Clifton |

**Out of State**

**Inactive**

| ID# | Attorney |
|---|---|
| 57304 | Prince, Terence Byrnes |
| 309600 | Quattlebaum, Megan |
| 48863 | Reed, James B. |
| 204735 | Reilly, Catherine Rosato |
| 43614 | Rifkin, Mark Carl |
| 4182 | Ring, Laurence |
| 78474 | Ripley, Robert Florentine |
| 309626 | Ritchie, Sean Patrick |
| 59754 | Robertson, James Acre IV |
| 90840 | Rodgers, Andrea Carter |
| 68679 | Rodriguez, Edwin |
| 47880 | Rose, Leon H. |
| 47853 | Roth, Sandra Zheutlin |
| 321745 | Roth-Moore, Andrew John |
| 312467 | Rotzell, Kimberly Ann |
| 77580 | Rumberger, E. Thom Jr. |
| 67647 | Russell, Diane Marie |
| 203972 | Russell, Gillian Marum |
| 45231 | Russo, Cynthia M. |
| 317243 | Rust, Sean Steven |
| 61568 | Ryan, Kathleen Meehan |
| 201989 | Sachar, David John |
| 78432 | Saunders, Brenton Lawrence |
| 76966 | Schano, Sarah Kane |
| 318490 | Schock, Kevin Ronald |
| 33300 | Schoon, Eugene A. |
| 86850 | Schurer, Laura A. |
| 318048 | Schuster, Joseph James |
| 45323 | Scott, Donna Marie |
| 323083 | Scudder, Penelope Ann |
| 315712 | Shaeffer, Rebecca Christine |
| 319940 | Shah, Hooma |
| 318953 | Sheikh, Jawad Ahmad |
| 72434 | Shelanski, Howard Adam |
| 85149 | Sheridan, Michael T. |
| 310806 | Shervington, Kristi Celeste |
| 201554 | Shindel, J. Peter Jr. |

## Out of State

### Inactive

| ID# | Attorney |
|---|---|
| 64586 | Simones, Thomas Constantine |
| 68641 | Slade, Georgiana J. |
| 93562 | Smith, Stephen E. |
| 81515 | Socha, Alexa Ann |
| 320176 | Soni, Prerna |
| 319056 | Sparacio, Micole Catherine |
| 313380 | Sperling, Jennifer Helene |
| 318328 | Spinale, Kristen Nicole |
| 90357 | St. John, Christopher P. |
| 325012 | Stanislaus, Brandon Glenn |
| 40490 | Stein, Laura Robin |
| 320398 | Steinberg, Jared |
| 93322 | Stewart, William R. III |
| 77823 | Sulit-Peralejo, Apple Blossom |
| 64767 | Sullivan, Diane M. |
| 60285 | Sullivan, Kimberly |
| 207000 | Surman, Joseph Stanley Jr. |
| 49081 | Szipl, Joerg-Uwe Volker |
| 71620 | Tafapolsky, Alan |
| 70536 | Terrell, Julius Patrick |
| 74814 | TeSelle, David K. |
| 94755 | Thomas, Katherine Aquavia |
| 60355 | Tillinghast, Pamela |
| 73866 | Trivette, Mark Edward |
| 81477 | Twardziak, Colleen M. |
| 318045 | Walker, Lisa Na'Imah |
| 24697 | Warren, Arthur A. |
| 318894 | Warshaw, Benjamin Martin |
| 56175 | Weikers, Ann |
| 94224 | Weinstein, Jeffrey L. |
| 207341 | Welch, George John Jr. |
| 88955 | West, Thomas C. Jr. |
| 314818 | Wetering, Tyler Chester |
| 319230 | Wetzel, Amber Lynn |
| 59874 | Whitaker, Mark Laurence |
| 79436 | Whyte, Kristi M. |
| 48536 | Wilcox, James Francis |

**Out of State**

**Inactive**

| ID# | Attorney |
| --- | --- |
| 311866 | Williams, Amar Jaliil |
| 312752 | Wing, Shannon Riddell |
| 86711 | Wingfield, Alita T. |
| 54967 | Wolfe, Arbelyn Elizabeth |
| 314868 | Yanni, Vincent Edward |
| 47864 | Zarcone, Michael A. |
| 75202 | Zeigler, David Richard |

# Attorneys Certified for Administrative Suspension

Year: 20-21

08/12/2020

## Out of State

### In-House Corporate Counsel

| ID# | Attorney |
| --- | --- |
| 326970 | Hankins, Brock Austin |
| 325343 | Riter, Linda |

# Disciplinary Board of the Supreme Court of Pennsylvania
## Attorneys Certified for Administrative Suspension
Year: 20-21

08/12/2020

| Code | County | Total | Active | Inactive | In House | Temp | Foreign |
|------|--------|-------|--------|----------|----------|------|---------|
| 01 | Philadelphia | 148 | 128 | 15 | 5 | 0 | 0 |
| 02 | Lancaster | 11 | 9 | 2 | 0 | 0 | 0 |
| 03 | Northampton | 6 | 6 | 0 | 0 | 0 | 0 |
| 05 | Allegheny | 120 | 105 | 14 | 1 | 0 | 0 |
| 06 | Erie | 1 | 1 | 0 | 0 | 0 | 0 |
| 07 | Bucks | 25 | 19 | 6 | 0 | 0 | 0 |
| 08 | Northumberland | 1 | 1 | 0 | 0 | 0 | 0 |
| 09 | Cumberland | 9 | 3 | 6 | 0 | 0 | 0 |
| 10 | Westmoreland | 7 | 7 | 0 | 0 | 0 | 0 |
| 11 | Luzerne | 4 | 3 | 1 | 0 | 0 | 0 |
| 12 | Dauphin | 15 | 10 | 4 | 1 | 0 | 0 |
| 15 | Chester | 35 | 25 | 10 | 0 | 0 | 0 |
| 16 | Somerset | 1 | 0 | 1 | 0 | 0 | 0 |
| 18 | Clarion | 1 | 1 | 0 | 0 | 0 | 0 |
| 19 | York | 1 | 1 | 0 | 0 | 0 | 0 |
| 20 | Huntingdon | 1 | 1 | 0 | 0 | 0 | 0 |
| 23 | Berks | 8 | 7 | 1 | 0 | 0 | 0 |
| 24 | Blair | 1 | 1 | 0 | 0 | 0 | 0 |
| 27 | Washington | 8 | 7 | 1 | 0 | 0 | 0 |
| 30 | Crawford | 1 | 1 | 0 | 0 | 0 | 0 |
| 31 | Lehigh | 8 | 6 | 1 | 1 | 0 | 0 |
| 32 | Delaware | 40 | 33 | 6 | 1 | 0 | 0 |
| 35 | Mercer | 2 | 2 | 0 | 0 | 0 | 0 |
| 36 | Beaver | 3 | 3 | 0 | 0 | 0 | 0 |
| 37 | Warren | 1 | 1 | 0 | 0 | 0 | 0 |
| 38 | Montgomery | 96 | 71 | 24 | 1 | 0 | 0 |
| 39 | Franklin | 2 | 2 | 0 | 0 | 0 | 0 |
| 43 | Monroe | 3 | 3 | 0 | 0 | 0 | 0 |
| 45 | Lackawanna | 2 | 2 | 0 | 0 | 0 | 0 |
| 47 | Cambria | 2 | 2 | 0 | 0 | 0 | 0 |
| 49 | Centre | 2 | 1 | 1 | 0 | 0 | 0 |
| 50 | Butler | 12 | 10 | 1 | 1 | 0 | 0 |
| 52 | Lebanon | 3 | 3 | 0 | 0 | 0 | 0 |
| 54 | Jefferson | 1 | 1 | 0 | 0 | 0 | 0 |
| 60 | Pike | 1 | 1 | 0 | 0 | 0 | 0 |

# Attorneys Certified for Administrative Suspension

Year: 20-21

08/12/2020

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | Perry | 1 | 1 | 0 | 0 | 0 | 0 |
| OC | Out of Country | 7 | 5 | 2 | 0 | 0 | 0 |
| OS | Out of State | 604 | 299 | 303 | 2 | 0 | 0 |
| **Total** | | 1194 | 782 | 399 | 13 | 0 | 0 |